MERCANTILE BANK OF ST. LOUIS,
NA, d/b/a Mercantile Bank of KC,
respondent,

v.

Byron BRANTLEY and Joyce
Brantley, appellants.

No. WD 50199.

Missouri Court of Appeals,
Western District.

June 27, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 1, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Stephen Small, Kansas City, for appellants.

Michael Berman, Daniel Rabin, Kansas City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Joyce Hughes[1] appeals the circuit court's summary judgment in favor of Mercantile Bank of Kansas City in the bank's lawsuit against her and her former husband, Byron Brantley, for nonpayment of a note. Hughes did not respond to the motion for summary judgment. We affirm. Because we do not discern any jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Steven LAWSON, Appellant.

No. 65695.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 27, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 14, 1995.

Application to Transfer Denied
Sept. 19, 1995.

William R. Dorsey, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., AHRENS, P.J., and KAROHL, J.

*ORDER*

PER CURIAM.

Defendant, Steven Lawson, appeals from the judgment on his jury convictions in the Circuit Court of St. Louis County for possession of a controlled substance, § 195.202 RSMo (1993), for which he was sentenced to five years imprisonment as a prior drug offender.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

1. When she signed a note to borrow money from Mercantile Bank, she was married to Byron Brantley and signed as Joyce Brantley. The couple later divorced, and she has resumed using her maiden name of Hughes.